UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:                                                              CASE NO. 14-32869
                                                                    CHAPTER 13
MATHEW R. MAGYAR

       DEBTOR                                       NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, William W. Lawrence files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  NATIONSTAR MORTGAGE

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 8 | XXXX8730 | $0.00 | $5,838.27 | $0.00 |
| Total Amount Paid by Trustee | | | | $0.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-32869

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 1st day of February 2017.

MATHEW R. MAGYAR, 422 EAST SOUTHSIDE COURT, LOUISVILLE, KY  40214

CHRISTOPHER T KURTZ ATTY, 608 BAXTER AVE, LOUISVILLE, KY  40204

ELECTRONIC SERVICE - JULIE O'BRYAN ATTORNEY, 1717 ALLIANT AVE STE 17, LOUISVILLE, KY  40299-6302

JULIE O'BRYAN ATTORNEY, 1717 ALLIANT AVE STE 17, LOUISVILLE, KY  40299-6302

NATIONSTAR MORTGAGE, PO BOX 619094, DALLAS, TX  75261-9741

ELECTRONIC SERVICE - United States Trustee

Date:  2/1/2017  /s/ *William W. Lawrence*
William W. Lawrence
Chapter 13 Trustee
200 S. Seventh Street, Suite 310
Louisville, KY 40202